IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | | |
|---|---|---|
| ARTHUR ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| CHEXSYSTEMS, INC. | ) | JFM 15 CV 3742 |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
### (FEDERAL QUESTION)

PLEASE TAKE NOTICE that Defendant ChexSystems, Inc. ("Defendant") hereby removes to this Court the state court action described below.

1. On or about November 5, 2015, the plaintiff commenced an action in the District Court of the State of Maryland for Alleghany County, entitled *Arthur Robinson v. ChexSystems, Inc.*, bearing Case Number 120100010632015. A copy of the summons and complaint received by Defendant is attached and marked as Exhibit A in accordance with L.R. 103.5a.

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1681 *et seq.*, the Fair Credit Reporting Act ("FCRA"). Plaintiff's state law claims can be removed pursuant to 28 U.S.C. § 1367.

3. Defendants were served on November 9, 2015, via a certified mail. This removal is timely pursuant to 28 U.S.C. § 1446(b).

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the summons and complaint attached hereto, have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), Defendants will give notice of the filing of this notice to the Plaintiff and to the clerk of the District Court of the State of Maryland for Alleghany County, where the action is currently pending.

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the District Court of the State of Maryland for Alleghany County be removed to this Honorable Court.

                                    THE LAW OFFICES OF RONALD S. CANTER, LLC

                                    Bradley T. Canter, Esquire
                                    Bar #18995
                                    200A Monroe Street, Suite 104
                                    Rockville, Maryland 20850
                                    Telephone: (301) 424-7490
                                    Facsimile: (301) 424-7470
                                    E-Mail: bcanter@roncanterllc.com
                                    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Notice of Removal and related documents was served this 7th day of December, 2015, by first class mail, postage prepaid to:

> Arthur Robinson
> FED REG 07705-015
> P.O. Box 1000
> Cumberland, Maryland 21501
> *Pro Se Plaintiff*

_____
Bradley T. Canter, Esquire
*Attorney for Defendant*