IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | |
|---|---|
| ARTHUR ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-03742-JFM |
| CHEXSYSTEMS, INC. | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party shall be responsible for a payment of their own costs, expenses and attorney fees.

_/s/ Arthur Robinson_ 2-22-16
Arthur Robinson
*Pro se Plaintiff*

THE LAW OFFICES
OF RONALD S. CANTER, LLC

_/s/ Bradley T. Canter_
Bradley T. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile:  (301) 424-7470
bcanter@roncanterllc.com
*Attorney for Defendant*